IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

2006 FEB -2 PM 2: 32

Civil Action No.  CV-06-CO-0247-W

Deborah Wilson Marks

Plaintiff,

v.

State of Alabama, Department of Mental Health, David Bennett as Hospital Director

Defendants.

### I. Plaintiff

I, Deborah Wilson Marks, am an employee of Bryce Hospital in Tuscaloosa, Alabama. My home address is 5128 Greenview Drive, Tuscaloosa, Alabama 35401. My home telephone number is 205 343-0093.

### II. Defendant

I am filing this charge against the State of Alabama, Department of Mental Health, Bryce Hospital, David Bennett, Director of Bryce Hospital.

### III. Statement of Facts

On February 19, 2005 the above named employer failed to promote me in the position of Personnel Manager III. I have been employed with the State of Alabama in human resources since May 1979. I believe that Mr. David Bennett, Hospital Director, discriminated against me because of my sex, female in as much as:

1. The specifications for the position as posted in the job announcement were a Bachelors degree from a four-year college or university with a degree in Personnel Management, Business Administration, Public Administration or a related field. I have a Bachelors degree in Business Administration and a Masters degree in Public Administration with a concentration in Public Personnel Management.

2. Mr. Jim Elliott, a white male was promoted into the position as Personnel Manager effective February 19, 2005. Upon information and belief, Mr. Elliott does not have a Bachelors degree in Business Administration, Public Administration or a related field. He has a Bachelors degree in Social Worker. The announcement stated that other job related education and/or experience may be substituted for all or part of the basic requirements upon approval of the Job Evaluation committee. This evaluation was not made until after Mr. Bennett had selected Mr. Elliott for the position and this substitution clause has not been placed in all exempt announcements in the past.

3. I believe that Mr. Bennett further discriminated against me by placing on the interview panel someone he knew was personally biased towards Mr. Elliott as I believe is reflected in the individual scoring of the interview panel members.

4. I believe Mr. Bennett discriminated against me when he met with the facility director of the Harper Center, Dr. Bell-Shambley on Thursday, February 3, 2005 and it was agreed between the two that the position would be offered to me. On Friday, February 4, 2005 Mr. Bennett called the Human Resources office and instructed a Human Resources representative to offer the job to Mr. Elliott

IV. Request for Relief

Pursuant to Title VII of Civil Rights Act of 1964, I hereby request any and all relief to which I as the plaintiff am entitled to at law or in equity.

Respectfully submitted,

*Deborah W. Mackey*  11/2/06

EEOC Form 161 (10/96)   **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: Ms. Deborah Marks<br>5128 Greenview Drive<br>Tuscaloosa, AL 35401 | From: Equal Employment Opportunity Commission<br>1130 - 22nd Street, South<br>Ridge Park Place, South - Suite 2000<br>Birmingham, AL 35205 |

[ ]  *On behalf of person(s) aggrieved whose identity is*
     *CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 130-2005-03184 | Booker T. Lewis/Supervisor Investigator | (205)212-2115 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]  Your allegations did not involve a disability that is covered by the Americans with Disabilities Act.

[ ]  The Respondent employs less than the required number of employees or is not otherwise covered by the statues.

[ ]  We cannot investigate your charge because it was not filed within the time limit required by law.

[ ]  Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ]  While reasonable efforts were made to locate you, we were not able to do so.

[ ]  You had 30 days to accept a reasonable settlement offer that afford full relief for the harm you alleged.

[X]  The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]  Other *(briefly state)* _____

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

*Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act: This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** from your receipt of this Notice; otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)*

*Equal Pay Act (EPA): EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.*

On behalf of the Commission

_____
Bernice Williams-Kimbrough, District Director       (Date Mailed)

Enclosure(s)

cc:   Ms. Nancy S. Jones, Assistant Attorney General
      Dept., of Mental Health and Mental Retardation
      200 University Boulevard
      Tuscaloosa, AL

*Rec'd 11-4-05*
*dism*